In the Matter of DOROTHY WEGENER, Appellant, against KENNETH DAYTON, as Budget Director of the City of New York, et al., Respondents.

Argued April 10, 1941; decided April 24, 1941.

*Henry J. Wegener* for appellant.

*William C. Chanler, Corporation Counsel* (*Edward J. McGratty, Jr.,* and *George G. Gallantz* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.